IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIC DYLON, formerly known as, Otis R. Dyer, | § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:17-CV-134-M-BN |
| BANK OF AMERICA, N.A., | | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on April 28, 2017. *See* Dkt. No. 23. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. The Court notes, however, that the word "estoppel" is missing after "promissory" on line 16, page 25 of the Findings, Conclusions and Recommendation.

**SO ORDERED** this 23rd day of May, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE